UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 22-8178-GW-JCx | Date | January 9, 2023 |
|---|---|---|---|
| Title | *Tonya Williams v. Health Net, LLC, et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | Terri A. Hourigan | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Andranik Tsarukyan | | David M. McLaughlin |

**PROCEEDINGS:** TELEPHONIC HEARING ON PLAINTIFF'S MOTION TO REMAND [14]

The Court's Tentative Ruling on Plaintiff's Motion [14] was issued on January 5, 2023 [20]. Court and counsel confer. The Tentative Ruling is adopted as the Court's Final Ruling. The Court DENIES the Motion.

Court and counsel discuss scheduling. The Court sets the following:

1. The parties are free to amend pleadings under Fed. R. Civ. P. 15 up to January 27, 2023. Thereafter, any further amendments must be made by motion under Rule 16.

2. A post-mediation status conference is set for May 29, 2023 at 8:30 a.m., with mediation to be completed by May 23, 2023. The parties have chosen to mediate through a private mediation service. The parties will make arrangements so that the mediation can be completed by May 23 and a joint report filed with the Court by May 25, 2023.

3. All regular discovery will be completed by July 31, 2023. By "completed," the Court means that said discovery requests must be served sufficiently early such that a motion to compel (if necessary) can be filed, heard and complied with before the cut-off date.

4. All expert discovery will be completed by August 31, 2023.

5. The last day for the Court to hear any motions (other than motions in limine which will be heard at the pre-trial conference) is September 28, 2023.

6. The pre-trial conference will be held on October 26, 2023 at 8:30 a.m. *See* Judge Wu's <u>Standing Order re Final Pre-Trial Conferences for Civil Jury Trials</u> (Docket No. 10).

|  | : | 05 |
|---|---|---|
|  | Initials of Preparer | JG |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 22-8178-GW-JCx | Date | January 9, 2023 |
|---|---|---|---|
| Title | *Tonya Williams v. Health Net, LLC, et al.* | | |

7. Jury trial will begin on November 7, 2023 at 9:00 a.m.

|  | : | 05 |
|---|---|---|
| Initials of Preparer | JG | |