# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 22-8178-GW-JCx | Date | June 1, 2023 |
|---|---|---|---|
| Title | *Tonya Williams v. Health Net, LLC, et al.* | | |

Present: The Honorable **GEORGE H. WU, UNITED STATES DISTRICT JUDGE**

| Javier Gonzalez | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:  Attorneys Present for Defendants:

None Present  None Present

**PROCEEDINGS:** **IN CHAMBERS - ORDER TO SHOW CAUSE RE SETTLEMENT**

On May 31. 2023, Plaintiff Tonya Williams filed a Notice of Settlement. The Court hereby vacates all currently set dates, with the expectation that a dismissal will be filed by June 30, 2023. The Court now sets an order to show re: settlement hearing for July 3, 2023 at 8:30 a.m. The hearing will be vacated provided a stipulation to dismiss is filed by noon on June 30, 2023.

Initials of Preparer   JG